UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                              NOTICE OF CHANGE OF ADDRESS

      v.

                              88-CR-00919 (PKL)

GAMBINO, ET AL.,
                Defendant(s)

-------------------------------------------------------X

       GERALD L. SHARGEL an attorney duly admitted to practice law in this Court, respectfully notifies the Court of the following change of address:

                                              _____
                                             Gerald L. Shargel
                                             1790 Broadway, Ste. 1501
                                             New York, NY 10019
                                             gshargel@shargellaw.com
                                             (212) 446-2323
                                             (212) 446-2330 (fax)